UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK FULTZ, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:18-cv-12206-BAF-MKM |
| | : |
| KENNEDY'S IRISH PUB, INC., | : |
| a Michigan Corporation, | : |
| | : |
| Defendant. | : |
| _____/ | : |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Mark Fultz, by and through undersigned counsel, and herein informs the Court that the parties have reached a settlement in principal, subject to further documentation, and anticipate that the settlement documents will be executed within the next thirty (30) days.

Dated: October 2, 2018

Respectfully submitted,

/s/ Lawrence A. Fuller_____
Lawrence A. Fuller, Esq. (LF 5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
Lfuller@fullerfuller.com
and
M.J. Stephen Fox, Esq.
Fox & Associates
2529 Chgatham Woods Dr., SE
Grand Rapids, MI 49546
(616) 293-3955
Email: foxlawfirm@aol.com

Counsel for Plaintiff Mark Fultz

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October, 2018, a true and correct copy of the foregoing Notice of Settlement was filed via CM/ECF, which will automatically notice Attorneys for Defendant:

>Rick J. Patterson, Esq. - rjpatterson@potterlaw.com
>Robert C. Clark, Esq. - rclark@potterlaw.com
>Steven M. Potter, Esq. - spotter@potterlaw.com
>Potter, DeAgostino, O'Dea & Patterson
>2701 Cambridge Court - Suite 223
>Auburn Hills, MI 48326

>/s/ Lawrence A. Fuller
>Lawrence A. Fuller, Esq. (LF 5450)
>FULLER, FULLER & ASSOCIATES, P.A.
>12000 Biscayne Blvd., Suite 502
>North Miami, FL 33181
>(305) 891-5199
>(305) 893-9505 - Facsimile
>Lfuller@fullerfuller.com
>and
>M.J. Stephen Fox, Esq.
>Fox & Associates
>2529 Chgatham Woods Dr., SE
>Grand Rapids, MI 49546
>(616) 293-3955
>Email: foxlawfirm@aol.com

>Counsel for Plaintiff Mark Fultz