UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK FULTZ,

    Plaintiff,                                      Civil Action No. 18-CV-12206

vs.                                           HON. BERNARD A. FRIEDMAN

KENNEDY'S IRISH PUB, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On October 5, 2018, the parties in this matter informed the Court that they have reached a settlement agreement. They request that the Court dismiss the complaint with prejudice and retain jurisdiction to enforce the settlement agreement. Accordingly,

IT IS ORDERED that the complaint is dismissed with prejudice and without costs. The Court retains jurisdiction for a period of sixty days from the date of this order to enforce all terms of the settlement agreement.

                                              s/Bernard A. Friedman
Dated: October 10, 2018           BERNARD A. FRIEDMAN
Detroit, Michigan                 SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 10, 2018.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager